*Judge Berman*

**07 CIV 7937**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDUSTRIAL CARRIERS INC., :
:
            Plaintiff, :
: 07 CV _____
  - against - : ECF CASE
:
DAYTON COMMERCIAL LIMITED a.k.a. :
GALVANIZED STEEL CONSUMERS :
ASSOCIATION a.k.a. GSCA a.k.a. :
GSCA LIMITED, :
            Defendant. :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

            NONE.

Dated: September 10, 2007
       New York, NY

            The Plaintiff,
            INDUSTRIAL CARRIERS INC.,

            By: _____
            Lauren C. Davies (LD 1980)
            Thomas L. Tisdale (TT 5263)
            TISDALE LAW OFFICES, LLC
            11 West 42nd Street, Suite 900
            New York, NY 10036
            (212) 354-0025 – phone
            (212) 869-0067 – fax
            ldavies@tisdale-law.com
            ttisdale@tisdale-law.com