22-08/PJG/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Interested Party
Top Union (China) Limited
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
INDUSTRIAL CARRIERS INC.,

                Plaintiff,

    -against-

DAYTON COMMERCIAL LIMITED a.k.a.
GALVANIZED STEEL CONSUMERS
ASSOCIATION a.k.a. GSCA a.k.a. GSCA
LIMITED a.k.a. TOP UNION,

                Defendants.
-------------------------------------------------------x

07 CV 7937 (RMB)

**GUTOWSKI AFFIRMATION**

      PETER J. GUTOWSKI, an attorney at law, affirms under penalty of perjury as follows:

      1.    I am an attorney admitted to practice before this Court and am a partner of the law firm of Freehill Hogan & Mahar, LLP, attorneys for Interested Party Top Union (China) Limited ("Top Union China"). I am not a party to the action, am over 18 years of age, and have an address at 80 Pine Street, New York, New York. I submit this Affirmation on behalf of Top Union China in support of its application for an Order vacating the attachment of its funds.

      2.    I make this affirmation based upon my own personal knowledge.

1

3. No prior request for the relief sought herein has been made.

4. On January 22, 2008, I undertook a search of the Hong Kong Government's corporate registry via its official website located at www.icris.cr.gov.hk. I searched that website for entities with the name "Top Union" and the result was over 50 corporate entities (both active and dissolved), which begin with those two words, including item 43, which is Top Union Maritime Co. Ltd., items 47/48, which refer to a Top Union Shipping entity, and there are also references to a Top Union Transportation company(ies). The list also includes the movant at item 5, but it illustrates the significant number of entities whose initial name contains the same words that registered in Hong Kong. A true copy of the list from the Hong Kong government's website is annexed as an Exhibit to this affirmation.

Dated: New York, New York
       January 24, 2008

_____
Peter J. Gutowski (PG 2200)

# EX. 1

Access to Information > List of Information published or otherwise made available

## Access to Information
List of Information published or otherwise made available

| A | Subject | Availability |
|---|---|---|
| 1. | Handouts (please refer to "Publications and Press Releases" - "Information Pamphlets" section) | Distributed free of charge while stock last |
| 2. | Fact sheet : Companies Registration and Insolvency Administration | - ditto - |
| 3. | Performance Pledge | - ditto - |
| 4. | Companies Registry Annual Report | - ditto - |

| B | Subject | Availability |
|---|---|---|
| 1. | Organization & Distribution of Business | Distributed free of charge upon request |
| 2. | Specimen of Special Resolution passed pursuant to S.344A(1) of the Companies Ordinance<br><br>You need to use Adobe Acrobat Reader 5.0 or above to view or download the documents in pdf format. | - ditto - |
| 3. | Specimen of Special Resolution passed pursuant to S. 344A (5) of the Companies Ordinance<br><br>You need to use Adobe Acrobat Reader 5.0 or above to view or download the documents in pdf format. | - ditto - |
| 4. | External Circulars and Memorandum Notes / Guidelines (please refer to the "Publications and Press Releases" - "Circulars / Guidelines" section) | - ditto - |

| C | Subject | Availability |
|---|---|---|
| 1. | Company Name Index | through the Companies Registry's Cyber Search Centre on the internet (website : www.icris.cr.gov.hk) or at the Registry's Public Search Centre on the 13th floor, Queensway Government Offices, 66 Queensway, Hong Kong |
| 2. | Document Index | |
| 3. | Register of Disqualification Orders Index | |
| 4. | Register of Charges Index | |
| 5. | Disqualification Orders Particulars | |
| 6. | Image records of registered charge documents | |
| 7. | Index of Directors | |
| 8. | Information on Registered Companies | |

C(1) (left partial match or exact name match search), (2), (3) & (4) above are available free of charge.
C(5) to (8) above are available on payment of the prescribed fees. For fee structure, please refer to the handout - "Price Guide to Main Services" in the "Publications and Press Releases" - "Information Pamphlets" section.

| D | Subject | Availability |
|---|---|---|
| | Specified Forms | a) can be viewed or downloaded from the "Public Forms" - "Specified Forms" section. |

b) also available for sale in the form of CD-ROMs or individual forms at the Companies Registry. For details, please refer to the handout - "How to Purchase Specified Forms" in the "Publications and Press Releases" - "Information Pamphlets" section.

▲ Back to Top

-2005 © | Important notices                     Last revision date: 6 February 2006

 

| Search ▾ | Product ▾ | Shopping ▾ | About e-Search ▾ | My Account ▾ | Logout ▾ |

Welcome **fhm12345!**     System Clock: 23-JAN-2008 00:02:39 GMT +0800

Account available balance: HK$0.00

**Company Name Search**

Your Search: LEFT PARTIAL match with 'top union'

Search Language: English

**Company Name Search Result**

Displaying: Record 1 to 50 of 56 records.    Jump to page 1 of 2  GO

You may click the company name to display the Company Basic Information.
Name Type: 1-Corporate name; 2-Other name; 3-Approved name for carrying on business in H.K.

| No. | CR No. | Company Name | Name Type (for Non-Hong Kong company) | Name Status | Company Active Status |
|---|---|---|---|---|---|
| 1 | 0485631 | TOP UNION ADVERTISING DESIGN COMPANY LIMITED | - | Current | Dissolved |
| 2 | 0690099 | TOP UNION ASIA LIMITED | - | Current | Dissolved |
| 3 | 0485802 | TOP UNION ASIA LIMITED | - | Current | Dissolved |
| 4 | 0833952 | TOP UNION CAPITAL LIMITED | - | Current | Live |
| 5 | 1106572 | TOP UNION (CHINA) LIMITED | - | Current | Live |
| 6 | 0434327 | TOP UNION CONSULTANTS LIMITED | - | Current | Dissolved |
| 7 | 0931621 | TOP UNION CONSULTANTS LIMITED | - | Current | Live |
| 8 | 0383224 | TOPUNION CORPORATION LIMITED | - | Current | Dissolved |
| 9 | 0812307 | TOP UNION CORPORATION LIMITED | - | Current | Dissolved |
| 10 | 1084953 | TOP UNION CORPORATION LIMITED | - | Current | Live |
| 11 | 0316031 | TOPUNION DEVELOPMENT LIMITED | - | Current | Live |
| 12 | 1065832 | TOPUNION DIGITAL INDUSTRIAL CO., LIMITED | - | Current | Live |
| 13 | 0848785 | TOP UNION ELECTRIC LIMITED | - | Current | Dissolved |
| 14 | 0429438 | TOPUNION ENGINEERING LIMITED | - | Current | Dissolved |
| 15 | 0783682 | TOP UNION ENGINEERING LIMITED | - | Current | Live |
| 16 | 0396927 | TOP UNION ENTERPRISES LIMITED | - | Current | Dissolved |
| 17 | 0965370 | TOP UNION ENTERPRISES LIMITED | - | Current | Live |

| # | Number | Name | | Status | State |
|---|---|---|---|---|---|
| 18 | 0872342 | TOP UNION (FAR EAST) LIMITED | - | Current | Live |
| 19 | 0837528 | TOP UNION HOLDINGS LIMITED | - | Current | Live |
| 20 | 0480837 | TOP UNION HOLDINGS LIMITED | - | Current | Dissolved |
| 21 | 1193123 | TOP UNION HONG KONG INVESTMENT LIMITED | - | Current | Live |
| 22 | 0335780 | TOP UNION HONG KONG LIMITED | - | Current | Live |
| 23 | 0990247 | TOP UNION INDUSTRIAL CORP. LIMITED | - | Current | Live |
| 24 | 0364008 | TOP UNION INDUSTRIAL LIMITED | - | Current | Dissolved |
| 25 | 0795707 | TOP UNION INDUSTRIAL LIMITED | - | Current | Dissolved |
| 26 | 0928342 | TOPUNION INDUSTRIES LIMITED | - | Current | Live |
| 27 | 0821166 | TOP UNION INTERNATIONAL ENTERPRISE LIMITED | - | Current | Dissolved |
| 28 | 0679647 | TOP-UNION INTERNATIONAL HOLDINGS LIMITED | - | Current | Live |
| 29 | 1172882 | TOP UNION INTERNATIONAL (HK) LIMITED | - | Current | Live |
| 30 | 0912209 | TOP UNION INTERNATIONAL INVESTMENT ENTERPRISE LIMITED | - | Current | Live |
| 31 | 0310554 | TOP UNION INTERNATIONAL LIMITED | - | Current | Dissolved |
| 32 | 0996529 | TOP UNION INTERNATIONAL LIMITED | - | Current | Live |
| 33 | 1042631 | TOP-UNION INT'L TRANSPORT (HK) LIMITED | - | Current | Live |
| 34 | 0360096 | TOP UNION INVESTMENT LIMITED | - | Current | Live |
| 35 | 0972029 | TOP UNION INVESTMENTS LIMITED | - | Current | Live |
| 36 | 0403301 | TOP UNION LIMITED | - | Old | Dissolved |
| 37 | 0419748 | TOP-UNION LIMITED | - | Current | Dissolved |
| 38 | 0564830 | TOP UNION LIMITED | - | Current | Live |
| 39 | 0363996 | TOP UNION LIMITED | - | Old | Live |
| 40 | 0326590 | TOP UNION LIMITED | - | Old | Live |
| 41 | 0989529 | TOP UNION LOGISTICS LIMITED | - | Current | Live |
| 42 | 0425092 | TOP UNION MANAGEMENT LIMITED | - | Current | Dissolved |
| 43 | 0768236 | TOP UNION MARITIME CO., LIMITED | - | Current | Live |
| 44 | 0856874 | TOP UNION MOTORS LIMITED | - | Current | Dissolved |
| 45 | 0405523 | TOP UNION PROPERTIES LIMITED | - | Current | Dissolved |
| 46 | 1046582 | TOP UNION PROPERTIES LIMITED | - | Current | Live |
| 47 | 0876696 | TOPUNION SHIPPING CO., LIMITED | - | Current | Live |
| 48 | 0761625 | TOPUNION SHIPPING LIMITED | - | Old | Live |
| 49 | 0781036 | TOP UNION TECHNOLOGIES LIMITED | - | Current | Live |
| 50 | 0857153 | TOP UNION TECHNOLOGY ENTERPRISE CO., LIMITED | - | Current | Dissolved |

Next Page>>

**Please select the Order Type:**

HK$140.00 plus additional handling charges for different delivery

 Order certified screen print        mode(*)

(*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

Back to top
ICRIS_Ver_1_0_0_Build_66.04
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.

  

| Search ▼ | Product ▼ | Shopping ▼ | About e-Search ▼ | My Account ▼ | Logout ▼ |

Welcome **fhm12345**!   System Clock: 23-JAN-2008 00:03:05 GMT +0800

Account available balance: HK$0.00

**Company Name Search**

Your Search: LEFT PARTIAL match with 'top union'

Search Language: English

**Company Name Search Result**

Displaying: Record 51 to 56 of 56 records.   Jump to page 2 ▼ of 2   GO

You may click the company name to display the Company Basic Information.
Name Type: 1-Corporate name; 2-Other name; 3-Approved name for carrying on business in H.K.

| No. | CR No. | Company Name | Name Type (for Non-Hong Kong company) | Name Status | Company Active Status |
|---|---|---|---|---|---|
| 51 | 0429449 | TOPUNION TECHNOLOGY LIMITED | - | Current | Dissolved |
| 52 | 1064661 | TOP UNION TECHNOLOGY LIMITED | - | Current | Live |
| 53 | 0483819 | TOP UNION TRADING LIMITED | - | Current | Dissolved |
| 54 | 0676685 | TOP UNION TRADING LIMITED | - | Current | Live |
| 55 | 0303067 | TOPUNION TRANSPORTATION LIMITED | - | Old | Live |
| 56 | 0714334 | TOP UNION TRANSPORTATION LIMITED | - | Current | Live |

<<Prev Page

**END OF RECORD**

**Please select the Order Type:**

Order certified screen print   HK$140.00 plus additional handling charges for different delivery mode(*)

(*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

Back to top
ICRIS_Ver_1_0_0_Build_66.04
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.