# EXHIBIT 4

```
> -------- Original Message --------
> Subject:    mv manas
> Date:  Mon, 14 Jan 2008 22:38:33 +0800
> From:  Connie Lim <dry@pacmar.com.sg>
> To:    adachart (shanghai) <shanghai@adachart.cn>
>
>
```

1

```
> /*REF: 231648@-LIM 14-01-08/22:38:33*/ *PACMAR  SHIPPING  PTE  LTD -
> SINGAPORE *
> *Tel: (65) 6221-3608    Fax: (65) 6221-3975    Telex: RS 33165*
> *E-Mail: dry@pacmar.com.sg <mailto:dry@pacmar.com.sg> *
>
>
>
> kagan / connie,
>
> re: mv manas
> ====
>
> we have only the address of these chtrs:
>
> TOP UNION (CHINA) LTD
> UNIT 801, 8/F, BONHAM TRADE CENTER,
> 50 BONHAM STRAND, HONGKONG.
>
> WE FIXED THESE CARGO VIA CHTRS BROKERS:
>
> NEVA-DELTA SHIPPING AGENCY
> 198095, prospekt marshala govorova,35
> "yellow corner" bldg, office 124
> st.petersburg, russia
> ph 07 (812) 7405121
> fax 07 (812) 7405122
> e-mail: chartering@delta.spb.ru <mailto:chartering@delta.spb.ru>
> (chart
> dept)
```