# EXHIBIT 6

*[handwritten at top: Guangzhou — Changshu — Qingdao — St Petersburg]*
*[handwritten: 3.5day  1.42day  4.4day]*
*[handwritten: 961'  392'  1204.5']*

**[Connie Lim]**
From: "NDCHARTERING" <chartering@delta.spb.ru>
To: "'Connie Lim'" <dry@pacmar.com.sg>
Subject: Re: mv Manas/ Top Union - Changshu + Qingdao / St.Petersburg 12.130 + 10.220 coils - amended clean fixrecap
Attach: changshu - st.petersburg. packing.xls Packing list Qingdao.xls gsca cp mv vinashin iron - pfma.pdf
Received: 18-04-2007 17:16:21

```
fm: neva-delta s.a. st.petersburg
    ph 07 (812) 3467512
    fax 07 (812) 7405122
    e-mail: agency@delta.spb.ru (agency dept)
            chartering@delta.spb.ru (chart dept)
    skype: nevadelta

Our Ref:IM-0418.131242 Apr-18-07 13:12 HRS (UTC +4,00)

connie/igor

pls  find herewith amended clean fixture recap as foll:

chrts herewith confirm clean fixture with all subjects lifted

mv manas
28.362 mt dwt on 10.9m swad
built 1977
loa/bm/dpt 178.20 / 22.86 / 14.71
grt/nrt 15.578/10.484
grain/bale cap  33.148/31.486 cubm
6ho/6ha - cranes 4 x 15 mts
hatch dimensions:
no.1) 9.59 x 7.89 m
no.2/3/4/5/6) 10.89/14.45/10.20/14.45/14.45 x 9.50 m

hold dimensions measured on tanktop - all in meters - all about length
width height
1) 18.50 17.80 15.00
2) 19.08 22.60 15.00
3) 22.95 22.60 15.00
4) 18.70 22.60 15.00
5) 24.65 22.60 15.00
6) 22.10 22.00 15.00
ada wog

class: turkish lloyds
pandi: intercoastal shipowners p&i b.v.
h+m: military insurance company, value: usd 3 mil

registered owners: paksu shipping, istanbul   - sub chrs approval/
checking owns backgrnd
osmanaga mah halitaga cad no:26/14
kadikoy- istanbul - turkey

managers: lider shipping, istanbul
osmanaga mah halitaga cad no:26/14
kadikoy- istanbul - turkey

on fixing mainterms owners to furnish valid copies of class,
registration, pni and h/m and ism certificates for the duration of the
intended  voyage  and advise vsl's pni correspondents at load and
disport on fixing main terms. (currently vsl is in drydock, all her
certs will
be renewed and issued upon her sailing from drydock, therefore, owners
could only confirm that certs will be provided before vsl's arrival
```

5:36:54 PM                                   Page 1 of 5

first loadport.)

-owners warrant that during the currency of this c/p:
-vsl is suitable to accomodate the full cargo as per given description and in all respects suitable for loading/ discharging of the contracted cargo
-vsl/holds to be in every respect ready for loading of the designed cargo, if subsequently same found not ready time lost for preparation and expenses to be fr ows acct
-owners confirm that no obstructions or center line bulk heads inside the vessel holds.
-owners/master to be responsible for number of coils signed for
-vsl shall not change ownership and/or class without chrtrs' written consent. class will be fully maintained during the currency of this charter party.
- vsl will not be sold/scrapped or redelivered during currency of this contract.
-vsl's hull and machinery insurance shall be fully maintained and will not be changed.
-vsl is fully pandi covered and same shall be maintained.
-vsl is fully itf fitted.
-vsl is in all respects suitable for loading of the cargo as stated abv.
-vsl to be suitable for draft survey bends.
-vsl/owners to comply with and satisfy themselves of all limits/restrictions incl loa/beam/draft/airdraft, etc at load and disch ports during whole duration of voyage.
-vessel to sail directly from load port to discharge port
-owners do not have the option to relet this cargo

for:

- acct top union (china) hong-kong (former gsca london, uk) last fixtures under acct gsca

1. m/v floriana breeze         steel coils   zhangjiagang/st.petersburg -
disp ows:hawknet ltd.
2. m/v ccni amadeo             steel coilsdalian/st.petersburg    -    owns:
ccni europe gmbh hamburg
3. m/v aetea sierra            steel coils        changshu/st.petersburg
- disp  owns:  thesarco
4. m/v vinashin iron           steel coils dalian+qingdao/st.petersburg
- disp owns:  industrial carrieres inc
5. m/v federal mackinac  - steel coils xingang+dalian+changshu
/st.petersburg -    disp owners: fednav international ltd

chrs have regular monthly shipments of 20/30.000 mts of coils mainly ex china to st.petersburg

-m/v vinashin iron - t/c owns industrial carriers - rep office diamant odessa - brokers neva-delta -m/v federal mackinac - disponent owns fednav montreal - brokers neva-delta -m/v hyundai merchan marine tbn - disponent owns hyundai merchant marine seoul - brokers neva-delta, van velde holland , seabreake antwerp

-ttl cgo quantity 22.350 mts (master calculate that stowage plan to make the vsl's arrival draft 9.8m.) out of which :

-abt 12.130 mts  steel coils length abt 1265 mm, width 900-1150 mm, max 3 tiers, wooden skids to be loaded onto coils, cgo as per packing list attached
- ex changshu

plus

- abt 10.220 mts mt steel coils, length abt 1265 mm, width 900-1150 mm, to be loaded in max 4 tiers , cgo as per packing list - ex qingdao

total cargo qtty 2% mol chopt hwr chrtrs option for cargo in excess of above qtty always subject to master's prior approval and in line with vessel's max cargo capacity.

-wooden skids uw abt 40 kgs, dims l/w/h 1255x1000-1200x200 mm (skids weight will be included in gross weight)

-1sb changshu, yangtze river,jiangsu province,china  + 1-2 sb qingdao /1-2 sb st. petersburg, russia

-owners agree for chtrs option for 2 berths at qingdao, all shifting cost incurred between the berths if any to be for shippers acct.

- rotation : changshu  - qingdao

- no other part cargo to be loaded in vessel holds

- chrt's berth's all ends for all ends ows to satify themselves for eventual
   prevailing restrictions in respect of loa/beam/draft/tide/ice etc.

-chrs confirm the first discharging berth will be with 9.8 meters draught where chrs plan to discharge amount of cgo  to have vsl permissable draft to bring vsl to second disch berth to be  berth no 27 where vsl to discharge balance of loaded cargo..

- lay/can 16/25 april 2007

-vsl present position/schedule - currently she is at guangzhou drydock, as per agent in drydock, her etcs 18/19th april 07 wog.

- freight:              - per mt gross bl weight fios l/s/d bss 2/1

- l/s/d, materials for chtrs acct all ends

- 100% full frt to be paid within 4 banking days after signing and releasing bills of lading. full freight deemed earned on compl of loading and is due discountless and nonreturnable ship/cargo lost or not lost.

-bs/l to be marked as "freight prepaid" and to be released after receipt of 100% freight payment.

-bs/l to be in accordance wth m/rs, bs/l  remarks, if any,  to be put in attached list only , owns to put in bs/l  "remarks as per    attachment"

-master has no right to reject  cgo

-goods` description (such as commodity description, cgo remarks, if any) in the cargo documents to follow shipper`s/charter`s instructions

-chrs have option to change receivers name in b/l before vsl arrival in disch port against chtrs loi in owners pni format.

- c.q.d. at all ends with no demurrage/no despatch

- detention rate of             pdpr all ends to apply in case:-
   ldport:a) cgo not ready for shipment

```
         b) customs/export documents not in order
  diport: a) customs/import documents not in order
  detention not applicable for port or berth congestion.
  detention, if any, to be paid w/i 8 days after receving all supporting
docs and detention amount mutually agreed
```

- in case of original bs/l are not available on vsl's arrival at discharging port owners/master to discharge the cargo immy upon arrival into custody of the port and the cargo to be released to recvs against presentation of original bs/l or chrs loi in owrs pni wording.

- any taxes/dues on cargo to be for chrrs/shippers acct, same on vsl/crew and freight, if any to be for owners acct

- owners/vessel to be responsible for number of coils loaded and as signed for in the bs/l

- compulsory tally to be for owners acct, otherwise tally to be for acct of party ordering same

- chrs agents all ends

changshu:
=======
changshu tongsheng international shipping agency co.,ltd.
   tel: 0512-52868030
   fax: 0512-52868033
   m/p: 13506239776
   msn: lmkly@hotmail.com
   email: tongsheng@cshs.com.cn
   pic: reon lee

*[handwritten: 9.7m fw maintain — shore cranes (possible shipcranes)]*

qindao:
======
sfetc qingdao
tel.: 0086-532-85750698
fax: 0086-532-85771959
hp: 86 13001723665   or   86 13869880263
e-mail: chartering@chinasunqd.com
person in charge: mr. jiang ming yang

*[handwritten: 11m draft fw — shore cranes (possible shipcranes)]*

st.petersburg:
=============
neva-delta shipping agency
   st.petersburg, russia bimco reg.no. : 122689 since 1998
   tel      :+007 (812) 740-5121
   fax      :+007 (812) 740-5122
   telex    : 4070627 neva g (via uk)
skype: nevadelta
   e-mail   : agency@delta.spb.ru
   pic.: alexey todurkin

*[handwritten: 1st berth: 9.8m fw   2nd " : 9m fw]*

- owrs/master to tender to chrs 7/6/4 days approaximate and 3/2/1 day(s) definite notice of arrival at l/d port to enable chrs/shprs/rcvsr to get cargo/dox ready accdly.

- owrs/master to gtee cargo ex changshu to be stowed max 3 tiers. any separation to be for owns risk and expense. no cargo to be loaded on top of gal.coils.

- all vsl shifting alongside berth to be for owns acct

- after loading completion owns to update weekly vsl position/eta disch port

- arbitration in london and english to apply

-both parties confirm that all negotiations and eventual fixture must be kept private and confidential and not to be reported to 3rd parties

- owise per chrs executed c/p pfma based on m/v vinashin iron wth 2.5 pct comm ttl here on frt/ddfrt/detn wth below amendments

owns c/p proforma to be logically amended as per fixrecap.

in the event of conflict of conditions, provisions of fixrecap shall prevails over those of owns c/p proforma to the extent of such conflict

c/p amendments:

rider:

cl.39 to read:

- the stevedores, although appointed by the chrts, shippers,receivers or their agents, to be under the direction and control of the master. all claims for damages allegedly inflicted upon the ship by the stevedores to be settled directly between the owners and stevedores at all ports. the master to notify stevedores of damage, if any, in writing always within the working shift of the alleged incident, otherwise stevedores not to be held liable. the charterers agree to assist the owners in recovering claims for proven damages in case the owners have difficulties obtaining same. the charterers to remain ultimately responsible for any loss or damage caused by their stevedores if a settlement cannot be reached between the owners and the stevedores within three ( 3 ) months of the completion of this contract provided proven damage duly acknowledged by stewedores after same took place.

end

pls reconfirm and send notice on fixing

thank you for cooperation and support

brgds/im