GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA



LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

**MEMO ENDORSED** p.2

February 8, 2008

Our Ref: 22-08/PJG

**_BY HAND_**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/8/08

Re:   Industrial Carriers Inc. v.
      Dayton Commercial Limited et al.
      07 CV 7937 (RMB)

---

Dear Judge Berman,

We represent the Movant Top Union (China) Ltd. and write with respect to the pending motion to vacate the attachment against its funds. Today, we received the Plaintiff's opposition papers, and under the original schedule, our reply was due tomorrow. Owing to the fact that it is Chinese New Year and China is essentially closed, we requested an extension from Plaintiff's counsel of the time within which we would respond and they graciously consented to an adjournment of that date until next Friday, February 15. Provided the Court has no objection, therefore, we will file and serve our reply papers on that date.

I believe that both parties would also like to address the Court on the motion so perhaps we could speak to chambers either next week or early during the week of February 18 to see when there might be a convenient time when we could address the Court on the application.

NYDOCS1/298649.1

February 8, 2008
Page 2

      In view of this adjournment, we also note that the Court had originally scheduled a conference for February 11 at 9:00 a.m. which we assume should be adjourned and simply wanted to call that to the Court's attention to ensure that that conference was cancelled.

      We thank the Court for its attention to the foregoing.

                              Respectfully submitted,
                              FREEHILL HOGAN & MAHAR LLP

                              Peter J. Gutowski

PJG:mjg
Encl.

cc:    *Via Email*
      Tisdale Law Offices
      *Attorneys for Plaintiff*
      11 West 42nd Street, Suite 900
      New York, NY 10036
      Attn:  Thomas Tisdale, Esq. (ttisdale@tisdale-law.com)
             Lauren Davies, Esq. (ldavies@tisdale-law.com)

---

EXTENSION GRANTED ON CONSENT.
THE CONFERENCE ON 2/11/08 IS ADJOURNED
TO 2/21/08 AT 2:00 P.M.

SO ORDERED:
Date: 2/8/08

Richard M. Berman, U.S.D.J.

NYDOCS1/298649.1