GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA △
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
## 80 PINE STREET
## NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

RECEIVED FEB 19 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**MEMO ENDORSED**

February 15, 2008

Our Ref: 22-08/...

**BY HAND**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re: Industrial Carriers Inc. v.
Dayton Commercial Limited et al.
07 CV 7937 (RMB)

*[Handwritten endorsement: Extension granted. Conference adjourned to 3/5/08 @ 9:30 A.M.]*

SO ORDERED:
Date: 2/19/08
Richard M. Berman, U.S.D.J.

Dear Judge Berman,

We represent the interested party Top Union (China) Ltd. and write, with the consent of Plaintiff's counsel, to request an adjournment on the the motion schedule on our application to vacate the attachment. Presently, our reply is due today and the matter is scheduled for hearing before Your Honor next Thursday, February 21. Owing to the fact that we are endeavoring to secure information relevant to the motion from a variety of sources in several foreign countries including Russia, China, Korea and Singapore, we requested, and the Plaintiff consented, to adjourn the timeframe within which we would submit our response up to and including February 27, 2008. Provided the Court has no objection, we would like to proceed on this basis and we thank Plaintiff's counsel for their courtesy in this regard.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2-19-08

NYDOCS1/299209.1

February 15, 2008
Page 2

      We thank the Court for its attention to the foregoing.

                              Respectfully submitted,
                              FREEHILL HOGAN & MAHAR LLP

                              Peter J. Gutowski

PJG:mjg
Encl.

cc:     *Via Email*
        Tisdale Law Offices
        *Attorneys for Plaintiff*
        11 West 42nd Street, Suite 900
        New York, NY 10036
        Attn:   Thomas Tisdale, Esq. (ttisdale@tisdale-law.com)
                  Lauren Davies, Esq. (ldavies@tisdale-law.com)

NYDOCS1/299209.1