UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDUSTRIAL CARRIERS, INC.,

                Plaintiff

     -against-

DAYTON COMMERCIAL LIMITED a.k.a.,
GALVANIZED STEEL CONSUMERS
ASSOCIATION a.k.a. GSCA a.k.a. GSCA
LIMITED a.k.a. TOP UNION,
                Defendants.
------------------------------------------------------------x

07 **CIVIL** 7937 (RMB)(HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____  Specific Non-Dispositive Motion/Dispute:*

**Post Judgment Discovery**

_____  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

_____  Habeas Corpus

_____  Social Security

_____  Settlement*

_____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

_____  Inquest After Default/Damages Hearing

_____  Particular Motion: _____

        All Such Motions: _____

**SO ORDERED.**

Dated: New York, New York
       March 5, 2008


RICHARD M. BERMAN
U.S.D.J.