22-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for TOP UNION (CHINA) LTD.
80 Pine Street, 24th
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDUSTRIAL CARRIERS INC., <br><br> Plaintiff, <br><br> -against- <br><br><br> DAYTON COMMERCIAL LIMITED a.k.a. GALVANIZED STEEL CONSUMERS ASSOCIATION a.k.a. GSCA a.k.a. GSCA LIMITED a.k.a. TOP UNION, <br><br> Defendants. | **07 CV 7937 (RMB)** <br><br> **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO ADMIRALTY RULE E(8)** |

      PLEASE TAKE NOTICE that Freehill Hogan & Mahar, LLP, hereby enters a restricted appearance pursuant to Federal Rules of Civil Procedure Supplemental Admiralty Rule E(8) on behalf of TOP UNION (CHINA) LTD., the party in interest to certain funds under attachment, reserving all defenses available to it including without limitation personal jurisdiction, service and venue.

DATED:    New York, New York
              March 11, 2008

NYDOCS1/300468.1

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Interested Party
Top Union (China) Limited


By: \_\_\_\_\_/s/ Peter J. Gutowski_____
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
Manuel A. Molina (MM 1017)
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 (fax)

To:   Tisdale Law Offices
      *Attorneys for Plaintiff*
      11 West 42nd Street, Suite 900
      New York, NY  10036
      Attn:   Thomas Tisdale, Esq. (ttisdale@tisdale-law.com)
              Lauren Davies, Esq. (ldavies@tisdale-law.com)

## **CERTIFICATE OF SERVICE**

    I, PETER J. GUTOWSKI, certify that I am counsel of record for party in interest Top Union (China) Limited. On March 11, 2008, the within Notice of Restricted Appearance was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                                                                          /s/ Peter J. Gutowski  
                                                                                          Peter J. Gutowski

Dated: March 11, 2008