Donald J. Kennedy
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005-2072
Tel. (212) 732-3200
Fax: (2120 732-3232
*Attorneys for GSCA Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
INDUSTRIAL CARRIERS INC.,                                    :
:
:
:
            Plaintiff,                                       :
:
:
    - against -                                              :
:
:                 **NOTICE OF RESTRICTED**
:                 **APPEARANCE**
DAYTON COMMERCIAL LIMITED a.k.a.                             :
GALVANIZED STEEL CONSUMERS                                   :
ASSOCIATION a.k.a. GSCA a.k.a. GSCA                          :   07 CIV. 7937 (RMB)
LIMITED,                                                     :
:   ECF CASE
            Defendant.                                       :
:
:
:
:
-------------------------------------------------------------X

Notice is given pursuant to Supplemental Rule E (8) of the Federal Rules of Civil Procedure that GSCA Limited appears specially in this action for the sole purpose of defending against the claim of Industrial Carriers, Inc., plaintiffs, in the above-entitled action, with respect to which claim there has issued process of attachment and

6329975.1

1

garnishment. This appearance is expressly restricted to the defense of such claim and does not constitute an appearance for the purpose of any other claim or claims.

Dated: May 22, 2008

                              CARTER LEDYARD & MILBURN LLP

By: _____
     Donald J. Kennedy
     Carter Ledyard & Milburn LLP
     Two Wall Street
     New York, New York 10005-2072
     Tel. (212) 732-3200
     Fax: (212) 732-3232
     *Attorneys for GSCA Limited*

TO:

Lauren C. Davies, Esq.
Thomas L. Tisdale, Esq.
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, New York 10036
Attorneys for Plaintiff Industrial Carriers, Inc.

Peter Judge Gutowski, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005
Attorneys for Defendant Dayton Commercial Limited
also known as Galvanized Steel Consumers Association
also known as GSCA
also known as GSCA Limited