LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*△
MICHAEL C. ELLIOTT†
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C
✦ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-6377



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-08

May 29, 2008

Our Ref: 22-08/PJG

**Via Telefax – 212-805-6111**

Hon. Henry Pitman
United States Magistrate Judge
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 750
New York, NY 10007

*DISCOVERY IS EXTENDED*
*UP TO 7-7-08*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
5-29-08

Re:    Industrial Carriers Inc. v.
Dayton Commercial Limited et al.
07 CV 7937 (RMB)

-----------------------------------

Dear Judge Pitman,

We represent Interested Party Top Union (China) Ltd. in the captioned action which was assigned by the Judge Berman to Your Honor for general pretrial purposes including scheduling and discovery.

For your guidance, this matter involves a charter party dispute subject to arbitration, with the principal focus of this case being an effort on the part of the plaintiff to obtain security. Our client's funds were attached, we challenged the attachment, and the parties are presently engaged in discovery relating to the question of whether our client's assets should be subject to restraint in this matter. Owing to the fact that both the Plaintiff and our client are located overseas, it has taken us longer than originally anticipated to complete that discovery. Provided Your Honor has no objection, the parties to the original scheduling order would like to jointly apply for additional thirty days within which to complete the discovery relevant to the attachment issues.

NYDOCS1/305539.1

February 28, 2008
Page 2

Also, in my discussions with counsel for plaintiff earlier today, we noted that a status report was due earlier this week and we apologize for the delay in providing that report, and otherwise note that we are in the process of completing the discovery necessary to determine the attachment issue mentioned above.

We thank the Court for its attention to the foregoing.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:mjg

cc:     *Via Mail*
        Honorable Richard M. Berman
        United States District Judge
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl Street, Room 650
        New York, NY 10007

cc:     *Via Telefax*
        Tisdale Law Offices
        *Attorneys for Plaintiff*
        11 West 42nd Street, Suite 900
        New York, NY 10036
        Fax No.: 212-869-0067
        Attn:   Thomas Tisdale, Esq.
                Lauren Davies, Esq.

        Carter Ledyard & Milburn LLP
        *Attorneys for GSCA Limited*
        2 Wall Street
        New York, NY 10005-2072
        Fax No. 212-732-3232
        Attn:   Donald J. Kennedy, Esq.

NYDOCS1/305539.1