11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

*New York, NY; Southport, CT*

WWW.TISDALE-LAW.COM

*APPLICATION*
*GRANTED*

July 3, 2008

*SO ORDERED*

*[signature]*

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-7-08

**By Facsimile -212-805-6111**
Honorable Henry Pitman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:    **Industrial Carriers Inc. v. Dayton Commercial Limited et. al.**
       07 Civ. 07937 (RMB)
       Our Ref: 07-1739

Dear Honorable Sir:

    We are attorneys for the Plaintiff in the above captioned matter. We are writing to respectfully request that the time for completion of discovery be extended for an additional 60 days up to and including September 8, 2008.

    Since our last correspondence, we have exchanged discovery demands with counsel for Top Union and both parties expect to produce documents shortly. Depositions are scheduled to be conducted when the documents have been received and reviewed. It is upon this basis that we request additional time.

    We appreciate Your Honor's indulgence in this request.

                                    Respectfully submitted,

                                    *[signature]*

                                    Thomas L. Tisdale

mt
cc:    **By Facsimile -212-805-6717**
       Hon. Richard M. Berman
       **By Facsimile – 212425-1901**
       Peter Gutowski
       **By Facsimile-212-732-3232**
       Donald Kennedy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-08